1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2

3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone: (415) 436-7022

7        FAX: (415) 436-6748
         Rebecca.Falk@usdoj.gov

8

9  Attorneys for Defendant
   DEPARTMENT OF JUSTICE

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14 ELECTRONIC FRONTIER FOUNDATION,  )   CASE NO. CV 15-03791 EDL
                                     )
15                      Plaintiff,   )   **STIPULATION RE SETTLEMENT AND**
                                     )   **DISMISSAL WITH PREJUDICE OF FOIA**
16        v.                         )   **CLAIMS WITH THE EXCEPTION OF**
                                     )   **ATTORNEY'S FEES; [PROPOSED ORDER]**
17 DEPARTMENT OF JUSTICE,            )
                                     )
18                      Defendant.   )
                                     )
19                                   )
                                     )
20                                   )
   _____)
21

22

23

24

25

26

27

28

1    Subject to the approval of the Court, by and through their counsel of record, Plaintiff

2  ELECTRONIC FRONTIER FOUNDATION (hereinafter, "Plaintiff"), and Defendant DEPARTMENT

3  OF JUSTICE (hereinafter, "Defendant"), having conferred, hereby stipulate as follows:

4    1.    After an extensive meet and confer, the parties hereby stipulate to dismiss all FOIA

5  claims in this action, with the exception of the issue of attorney's fees.

6    2.    The parties are endeavoring to reach agreement on the amount of attorney's fees and

7  propose that they be provided approximately 90 days to meet and confer regarding this matter, at which

8  time they will either file a stipulation of settlement and dismissal as to that issue or propose a briefing

9  schedule with respect to Plaintiff's fee petition to the Court.  Defendant expressly reserves all arguments

10  regarding the reasonableness of such an award, including any arguments it may have regarding the

11  amount of fees to which Plaintiff claims it is entitled.

12    3.    Execution of this Stipulation shall constitute dismissal of the FOIA claims in this case

13  with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

14    4.    The parties hereby request that the Court vacate the parties' motion for summary

15  judgment briefing schedule and hearing date of January 15, 2018.  Dkt. No. 49.

16  **SO STIPULATED AND AGREED.**

17                      ALEX G. TSE
18                      ACTING UNITED STATES ATTORNEY

19   Dated: July 31, 2018        /s/Rebecca Falk                          .

20                      REBECCA A. FALK[1]
21                      Attorneys for Defendant

22                      ELECTRONIC FRONTIER FOUNDATION
23

24  DATED: July 31, 2018        By:    /s/  Jamie L Williams
25                      Jamie L. Williams
                         Counsel for Plaintiff

26

27    [1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in
     the filing of this document has been obtained from the other signatories listed here.

28  STIPULATION RE SETTLEMENT AND DISMISSAL WITH PREJUDICE OF FOIA CLAIMS
     WITH THE EXCEPTION OF ATTORNEY'S FEES; [PROPOSED] ORDER
     C 15-03791 EDL                    2

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED:_____                    _____

4                                         HONORABLE ELIZABETH D. LAPORTE
                                          United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28